Printed: 12/09/09 09:41 AM

Page: 1

# Stale Check Report

Trustee: William J. Leberman (520180)
Case:    08-31408 - PROSSER, WILLIAM ELMER

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 312-2101934-66 | 108 | 12/09/09 | Clerk, U.S. Bankruptcy Court | | | $442.32 |
| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
| 4 | 103 | 11/17/08 | 610 | Chase Pitkin/Wegmans<br>1500 Brooks Ave<br>PO Box 23195<br>Rochester, NY 14692-3195 | 1,446.63 | 1,446.63 | 442.32 | 442.32 |

*handwritten: Jack 12/10/09 #108*

**RECEIVED**
DEC 10 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

**FILED**
DEC 10 2009
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

(\*) Denotes objection to Amount Filed